UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:16-cv-61733-BB

SYMBOLOGY INNOVATIONS, LLC,

　　Plaintiff,

v.

NEXTERA ENERGY, INC. and FLORIDA POWER & LIGHT COMPANY,

　　Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NEXTERA ENERGY, INC. ONLY

Plaintiff SYMBOLOGY INNOVATIONS, LLC, by and through its undersigned counsel, hereby voluntarily dismisses the instant lawsuit against Defendant Nextera Energy, Inc. only with each party to bear its own costs and attorneys' fees.

Dated:  August 30, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Joel B. Rothman*
　　　　　　　　　　　　　　　　　　　JOEL B. ROTHMAN
　　　　　　　　　　　　　　　　　　　Florida Bar Number 98220
　　　　　　　　　　　　　　　　　　　Joel.rothman@sriplaw.com
　　　　　　　　　　　　　　　　　　　JEROLD I. SCHNEIDER
　　　　　　　　　　　　　　　　　　　Florida Bar Number 26975
　　　　　　　　　　　　　　　　　　　Jerold.schneider@sriplaw.com

　　　　　　　　　　　　　　　　　　　**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
　　　　　　　　　　　　　　　　　　　4651 North Federal Highway
　　　　　　　　　　　　　　　　　　　Boca Raton, FL  33431
　　　　　　　　　　　　　　　　　　　561.404.4350 – Telephone
　　　　　　　　　　　　　　　　　　　561.404.4353 – Facsimile
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 30, 2016, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF system to all parties listed below on the Service List.

## SERVICE LIST

Andrew R. Kruppa
**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Boulevard, Suite 4700
Miami, FL  33131
305.577.7000 – Telephone
305.577.7001 – Facsimile
Andrew.kruppa@squirepb.com
WPB_DCKT@squirepb.com

Steven M. Auvil
**SQUIRE PATTON BOGGS (US) LLP**
4900 Key Tower
127 Public Square
Cleveland, OH  44114
216.479.8780 – Telephone
Steven.auvil@squirepb.com

*Attorneys for Defendant Nextera Energy, Inc.*

Charles L. Schlumberger
NextEra Energy, Inc.
700 Universe Boulevard
Juno Beach, FL  33408
561.304.6742 – Telephone
Charles.Schlumberger@fpl.com

*Co-Counsel to Defendant NextEra Energy, Inc., and unnamed Defendant Florida Power and Light Company.*

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431