UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 16-cv-61733-BLOOM/Valle**

SYMBOLOGY INNOVATIONS, LLC,

  Plaintiff,

v.

NEXTERA ENERGY, INC., and
FLORIDA POWER & LIGHT COMPANY,

  Defendants.
_____/

**ORDER DISMISSING PARTY**

  **THIS CAUSE** is before the Court upon a Notice of Voluntary Dismissal of Defendant Nextera Energy, Inc. Only, ECF No. [19]. The Court has considered the Notice and is otherwise duly advised. It is

  **ORDERED AND ADJUDGED** that the Notice, **ECF No. [19]**, is **approved and adopted**, and Defendant Nextera Energy, Inc. is **DISMISSED** from these proceedings. Pursuant to the Notice, each side shall bear its own respective attorneys' fees and expenses.

  **DONE AND ORDERED** in Miami, Florida, this 30th day of August, 2016.

_[signature]_
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record