UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| ─────────────────────────────────────) <br> ) <br> Symbology Innovations LLC  ) <br> ) <br> Plaintiff,  ) <br> vs.  ) <br> ) <br> NextEra Energy, Inc. and  ) <br> Florida Power & Light Company  ) <br> ) <br> Defendants.  ) <br> ───────────────────────────────────── ) | Civil Action No. 0:16-cv-61733-BB |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), on stipulation of the parties, as evidenced by the signatures of their attorneys, below, the complaint in this action is hereby dismissed with prejudice, and the counterclaims of defendants are hereby dismissed without prejudice, with the parties bearing their own costs and attorneys' fees.

SYMBOLOGY INNOVATIONS, LLC

By: */s/ Joel B. Rothman*
Joel B. Rothman (98220)
Kevin E. Cudlipp (112433)
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
(561) 404-4350
Joel.rothman@sriplaw.com
Kevin.cudlipp@sriplaw.com

NEXTERA ENERGY, INC. and
FLORIDA POWER & LIGHT COMPANY

By: */s/ Charles L. Schlumberger*
Charles L. Schlumberger (109255)
Senior Litigation Counsel
Florida Power & Light Company
700 Universe Boulevard
Juno Beach, Florida 33408
Charles.Schlumberger@fpl.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2017, the foregoing was filed through the CM/ECF system, which in turn effected service on all counsel of record.

*/s/ Charles L. Schlumberger*