## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-cv-61733-BLOOM/Valle

SYMBOLOGY INNOVATIONS, LLC,

      Plaintiff,

v.

FLORIDA POWER & LIGHT COMPANY,

      Defendant.

_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a Stipulation of Dismissal, ECF No. [37] (the "Stipulation").  The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the Stipulation, **ECF No. [37]**, is **approved and adopted**, and the matter is **DISMISSED WITH PREJUDICE**.  The parties shall bear their own costs and attorneys' fees.  To the extent not otherwise disposed of, all pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 25th day of January, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record